UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCI LEE McCRORY,

    Plaintiff,                                  Case No. 15-cv-12306
                                              Hon. Matthew F. Leitman

v.

MHT HOUSING, INC., et al.,

    Defendants.
_____/

## ORDER TO APPEAR FOR HEARING ON PLAINTIFF COUNSEL'S MOTION FOR WITHDRAWAL (ECF #33)

On July 25, 2016, counsel for Plaintiff filed a Motion for Withdrawal of Attorney David R. Moss (ECF #33).

**IT IS HEREBY ORDERED** that counsel for the parties shall appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Courtroom 242, Detroit, Michigan, on **Wednesday, August 3, 2016 at 10:30 a.m.** for a hearing on plaintiff counsel's motion.

**IT IS FURTHER ORDERED that Plaintiff Nanci Lee McCrory shall personally appear at the hearing on August 3, 2016 at 10:30 a.m.  Failure to appear at the hearing may result in dismissal of plaintiff's complaint.**

**IT IS FURTHER ORDERED** that counsel for Plaintiff shall immediately telephone Ms. McCrory to inform her of the provision of this Order requiring her personal attendance at this hearing.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 26, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 26, 2016, by electronic means and/or ordinary mail and by ordinary mail on Nanci Lee McCrory at 400 Dauner Boulevard, Suite 134, Fenton, Michigan 48430.

s/Holly A. Monda
Case Manager
(313) 234-5113